AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Jamshid MUHTOROV, a/k/a Abumumin Turkistony,<br>_____<br>*Defendant* | )<br>)<br>) Case No. 12-mj-01011-CBS<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jamshid MUHTOROV, a/k/a Abumumin Turkistony, a/k/a Abu Mumin,                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:
  Provision of Material Support to a Designated Foreign Terrorist Organization, Title 18, United States Code, Section 2339B.

Date: 01/19/12 at 4:10 pm  01/18/2012

City and state: [signature]

*Issuing officer's signature*

Craig B. Shaffer, United States Magistrate Judge
*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |